# EXHIBIT A

## DENISE SEPE-VUKIC (AKA DENISE DIPRETE) (AKA DENISE VUKIC) (AKA DENISE SEPA)

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Norah Jones | Don't Know Why | Come Away With Me | 320-120 |
| Atlantic Recording Corporation | Phil Collins | In The Air Tonight | Face Value | 24-682 |
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| Warner Bros. Records Inc. | Van Halen | 1984 | 1984 (MCMLXXXIV) | 52-319 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |
| Arista Records LLC | Ace of Base | Cruel Summer | Cruel Summer | 189-302 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Pardon Me | Make Yourself | 278-818 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Redefine | SCIENCE | 249-690 |
| Motown Record Company, L.P. | 98 Degrees | Invisible Man | 98 Degrees | 249-152 |