Feb 27, 2007

Clerks office,

I, Denise Sepe am responding to the accusations in the case # CA 07 003 S

I am truthfully denying all of the Charges falsely made recently to me. I have been in contact with Jim Oniel and Jeff Blair, explaining I will do anything I have too, to clear this matter up even voluntarily letting them take my computer.

once again I deny all charges

Thank you

Denise Sepe

FILED
2007 MAR -2 A 11: 30
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND