**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and MOTOWN RECORD COMPANY, L.P., a California limited partnership, | ) | Civil No. CA 07-003S |
| Plaintiffs, | ) | |
| v. | ) | |
| Denise Sepe-vukic (aka Denise Diprete) (aka Denise Vukic) (aka Denise Sepa), | ) | |
| Defendant. | ) | |

**MOTION FOR CONTINUANCE**

Now come the Plaintiffs' in the above-captioned case, by and through their attorney, the undersigned James E. O'Neil, Esq., and move this Honorable Court to continue the Rule 16 Conference currently scheduled for May 3, 2006 at 10:30am.

This Motion has been telephonically assented to by the Defendant, Denise Sepe-Vukic.

Respectfully Submitted,

Dated: May 1, 2007

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of May, 2007, a copy of the foregoing **Motion for Continuance** was served upon the Defendant via United States Mail as follows:

Denise Sepe-Vukic
27 Hayes St
Cranston, RI 02920-3912
*Defendant*

/s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852