UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and MOTOWN RECORD COMPANY, L.P., a California limited partnership, | CIVIL ACTION FILE |
| Plaintiffs, | No. 1:07-cv-00003-S-LDA |
| v. | |
| DENISE SEPE-VUKIC (AKA DENISE DIPRETE) (AKA DENISE VUKIC) (AKA DENISE SEPA), | |
| Defendant. | |

**PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure , Plaintiffs, Capitol Records, Inc., *et. al.*, by and through their counsel, respectfully request this Court dismiss this action without prejudice. In support of their Motion, Plaintiffs state as follows:

1. Rule 41(a)(2) allows a plaintiff, with the court's permission and subject to the terms the court deems proper, to dismiss an action without prejudice at any time. See 26 Fed. R. Civ. P. 41(a)(2). Indeed, "[t]he very purpose of Rule 41(a)(2) is to allow the District Court, in its discretion, to dismiss an action without prejudice even after responsive pleadings have been filed by the defendant." Hamilton v. Firestone Tire & Rubber Co., Inc., 679 F.2d 143, 146 (9th Cir. 1982).

2. Plaintiffs have attempted to contact Defendant regarding dismissal of this case. On November 1, 2007, Plaintiffs' counsel mailed Defendant a letter and draft joint stipulation to dismiss. *See* November 1, 2007 letter, attached hereto as Exhibit A. Plaintiffs' counsel asked that the joint stipulation to dismiss be returned by November 15, 2007, or Plaintiffs would move unilaterally to dismiss the case. To date, Plaintiffs have not received the signed stipulation. Therefore, Plaintiffs have been unable to get Defendant's consent regarding this Motion.

WHEREFORE Plaintiffs respectfully request the Court to dismiss this case without prejudice with each party to bear its own fees and costs.

Respectfully submitted,

Dated: 12-11-2007

By: s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT