HRO

Holme Roberts & Owen LLP
*Attorneys at Law*

DENVER
BOULDER
COLORADO SPRINGS
LONDON
LOS ANGELES
MUNICH
SALT LAKE CITY
SAN FRANCISCO

November 1, 2007

Denise Sepe-Vukic
27 Hayes St.
Cranston, RI 02920-3912

Re: *Capitol Records, Inc et al v. Sepe-Vukic*
U.S. District Court, District of Rhode Island
Case No.: 1:07-cv-00003-S-LDA

Dear Denise:

The Plaintiff Record Companies have agreed to dismiss the lawsuit against you. Please sign and return the enclosed Joint Stipulation of Dismissal by November 15, 2007. If we do not hear from you by that date, we will move unilaterally to dismiss the case.

I have enclosed two copies of the Joint Stipulation. Please retain one copy for your records.

Do not hesitate to contact me with any questions or concerns.

Sincerely,

Laurie Rust by EGB

Laurie J. Rust

Encl.

Laurie J. Rust 303.866.0678 laurie.rust@hro.com
1700 Lincoln Street, Suite 4100 Denver, Colorado 80203-4541 *tel* 303.861.7000 *fax* 303.866.0200

#1277930 v1