UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Capital Records, Inc., a Delaware corporation; Atlantic Recording Corporation, a Delaware corporation; Warner Bros. Records Inc., a Delaware corporation; UMG Recordings, Inc., a Delaware corporation; Arista Records LLC, a Delaware limited liability company, Sony BMG Music Entertainment, a Delaware general partnership; and Motown Record Company, L.P., a California limited partnership
Plaintiff

V.

Case Number: C.A. NO. 07-03S

Denise Sepe-Vukic (AKA Denise Diprete) (AKA Denise Vukic) (AKA Denise Sepa)
Defendant

**Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

Judgment shall enter for the Plaintiffs, Capital Records, Inc., a Delaware corporation; Atlantic Recording Corporation, a Delaware corporation; Warner Bros. Records Inc., a Delaware corporation; UMG Recordings, Inc., a Delaware corporation; Arista Records LLC, a Delaware limited liability company, Sony BMG Music Entertainment, a Delaware general partnership; and Motown Record Company, L.P., a California limited partnership against the Defendant, Denise Sepe-Vukic (AKA Denise Diprete) (AKA Denise Vukic) (AKA Denise Sepa) pursuant to the Text Order dated December 12, 2007, Granting plaintiffs' Motion to Dismiss.

**BY ORDER:**

Karen Baldwell

**Deputy Clerk**

**December 12, 2007**
**Date**